**No. 12-2575; 13-1067**

---

**In the**

**United States Court of Appeals for the Fourth Circuit**

---

**Baltimore City Substance Abuse Directorate,**

**Appellant/Cross-Appellee,**

**v.**

**Mayor and City Council of Baltimore,**

**Appellee/Cross-Appellant.**

---

# NOTICE OF INTENT TO FILE A REPLY TO THE MAYOR AND CITY COUNCIL OF BALTIMORE'S RESPONSE TO MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Pursuant to Federal Rule of Appellate Procedure 27(a)(4), the Baltimore City Substance Abuse Directorate hereby gives notice that within 7 days, it intends to file a reply to the Mayor and City Council of Baltimore's Response to the National Association of Drug Court Professionals' Motion for Leave to File an Amicus Curiae Brief. Pursuant to Local Rule 27(d)(2), the Directorate respectfully requests that the Court defer considering the proposed Amicus' motion until the Court has received the Directorate's reply.

Dated: April 26, 2013

s/ William L. Anderson
William L. Anderson
Leslie A. Davis
Sherrie A. Armstrong
Crowell & Moring LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Ellen M. Weber
Alvaro Joseph Bellido de Luna
University of Maryland Law School
500 W. Baltimore Street, Suite 370
Baltimore, MD 21201-1786
Telephone: (410) 706-0590
Facsimile: (410) 706-5856

Counsel for Baltimore City Substance Abuse Directorate

## CERTIFICATE OF SERVICE

I certify that on April 15, 2013, the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users, or, if they are not, by serving a true and correct copy at the address listed below:

/s Sherrie A. Armstrong April 26, 2013